■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE CHARLOTTE, Appellant. [654 NYS2d 303] —Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered September 28, 1994, convicting defendant, after a jury trial, of criminal possession of a weapon in the third degree and unlawful wearing of body vest, and sentencing him to consecutive terms of $2^1/_3$ to 7 years and $1^1/_3$ to 4 years, unanimously affirmed.

Defendant's guilt was proven by legally sufficient evidence. The firearms expert's testimony was sufficient to establish the velocity of the ammunition used in testing the body vest (*see*, Penal Law § 270.20 [2]). Defendant's challenges to the prosecutor's summation comments about an unidentified informant are not preserved (*People v Buckley*, 75 NY2d 843, 846; *People v Nuccie*, 57 NY2d 818). Were we to review the claims in the interest of justice, we would find that the challenged statements do not require reversal (*compare*, *People v Wright*, 41 NY2d 172). Concur—Milonas, J. P., Rosenberger, Wallach and Nardelli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN WOYCHOWSKI, Appellant. [654 NYS2d 304] —Judgment, Supreme Court, New York County (Budd Goodman, J.), rendered October 27, 1994, convicting defendant, after a jury trial, of four counts of robbery in the first degree, and sentencing him, as a second felony offender, to concurrent terms of 9 to 18 years, unanimously affirmed.

The verdict was supported by legally sufficient evidence and was not against the weight of the evidence. Issues concerning the reliability and credibility of identification and alibi testimony were properly presented to the jury and we see no reason to disturb its findings (*see, People v Gaimari*, 176 NY 84, 94). Concur—Milonas, J. P., Rosenberger, Wallach and Nardelli, JJ.